**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SALVADOR LOPEZ-PENA, | No. 09-73297 |
| Petitioner, | Agency No. A098-409-071 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 11, 2013[**]

Before:     FERNANDEZ, TASHIMA, and WARDLAW, Circuit Judges.

Salvador Lopez-Pena, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' ("BIA") order sustaining the Department of

Homeland Security's appeal from an immigration judge's decision granting his

application for cancellation of removal.  Our jurisdiction is governed by 8 U.S.C.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1252.  We dismiss the petition for review.

We lack jurisdiction to review the BIA's discretionary determination that Lopez-Pena failed to show exceptional and extremely unusual hardship to his qualifying relatives.  *See Martinez-Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir. 2005).  Lopez-Pena's contention that the BIA applied an incorrect standard of review is not supported by the record and does not present a colorable claim that establishes our jurisdiction.  *See id.*

**PETITION FOR REVIEW DISMISSED.**